SCHNELL, Respondent, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Appellant.

For the appellant: *Shaw, Muskat & Paulsen* of Milwaukee.

For the respondent: *Julius E. Kiefer,* attorney, and *Walter D. Corrigan, Sr.,* and *A. C. Backus* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

SMITH, Appellant, vs. SMITH, Respondent.

For the appellant: *Bagley, Spohn, Ross & Stevens* and *Buell & Lucas,* all of Madison.

For the respondent: *Hill, Beckwith & Harrington* of Madison.

*By the Court.*—Orders affirmed.

*March 6, 1934.*

ESTATE OF LEHNER: LEHNER, Claimant, Appellant, vs. KOHL, Administrator, and another, Respondents.

For the appellant: *Gooding & Gooding* of Fond du Lac.

For the respondents: *George C. Wheeler* of Mayville and *George A. Hartman* of Juneau.

*John A. Thiel* of Mayville, attorney for the widow, Anna Lehner.

*By the Court.*—Judgment affirmed.